O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON D. ROSSI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. SACV 06-555 AN<br><br>ORDER AFFIRMING DECISION OF COMMISSIONER |

The Court rules as follows with respect to the three disputed issues in the Joint Stipulation ("JS").[1]

First, for the reasons stated by the Commissioner at pages 5 and 6 of the JS, the Court rejects Plaintiff's contention that the Administrative Law Judge ("ALJ") erred by failing to give proper consideration to the treating physician's opinion regarding his functional status. Dr. Lawrence's GAF assessment does not constitute a recognized finding or opinion regarding Plaintiff's mental assessment within the meaning of the regulations and, even if it did, the ALJ gave specific and legitimate reasons for rejecting

---

[1] Both parties have consented to proceed before the undersigned Magistrate Judge. In accordance with the Court's Case Management Order, the parties have filed the JS and seek a dispositive order regarding the disputed issues set forth in the JS. The Court's decision is based upon the pleadings, the Administrative Record ("AR"), and the JS.

1 it based upon Dr. Smith's examinations and findings, which constitute substantial
2 evidence in the record.
3    Second, for the reasons stated by the Commissioner at pages 7, 8, and 9 of the JS
4 (that do not require any further elaboration), the Court rejects Plaintiff's contention that
5 the ALJ failed to give proper consideration to Plaintiff's mental impairments.
6    Third, for the reasons stated by the Commissioner at pages 11 and 12 of the JS
7 (that do not require any further elaboration), the Court rejects Plaintiff's contention that
8 the ALJ failed to give proper consideration to the written, non-testimonial statement
9 given by Plaintiff's son. The record reflects the ALJ gave more than germane reasons for
10 discrediting the non-testimonial written statements given by Plaintiff's son.
11
12    IT IS THEREFORE ORDERED that judgment be entered affirming the
13 Commissioner's final decision, and dismissing this action with prejudice.
14
15
16 DATED: July 13, 2007          ARTHUR NAKAZATO
                                 ARTHUR NAKAZATO
17                               UNITED STATES MAGISTRATE JUDGE